IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JUSTIN J. McCRAE,**

      **Plaintiff,**

v.                                     Case No. 1:17cv228-MW/CAS

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**Social Security Administration,**

      **Defendant.**
_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 23. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security

1

benefits is **AFFIRMED** and Judgment entered for the Defendant." The request for oral argument is **DENIED**. The Clerk shall close the file.

**SO ORDERED on June 27, 2018.**

**s/Mark E. Walker            ____**
**United States District Judge**
